So Ordered.

Dated: March 25, 2022



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: JAMES L MCCANTS, | Chapter 13 |
| | Case No. 16-27090-BEH |
| Debtor. | |

## ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

The debtor filed a motion to modify the plan on February 28, 2022 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1. The confirmed chapter 13 plan is modified as stated in the debtor's February 28, 2022 request to modify confirmed plan.

2. Summary of payments: $806.00 monthly for the remainder of the 60-month plan.

#####