UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:  
    JAMES L MCCANTS

Case No. 16-27090-BEH

Chapter 13

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Scott Lieske files this Notice of Final Cure Payment. The amount required to complete the plan has been received by the Trustee.

**Name of Creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION AS

| Final Cure Amount | | | | |
|---|---|---|---|---|
| Court Claim # | Trustee Claim # | Account # | Claim Allowed | Amount Paid |
| 10-1 | 005-0 | 3771 | $ 46,596.40 | $ 0.00 |

Direct Amount Paid by Debtor:      Unknown

Total Amount Paid by Trustee:      $0.00*
    *This claim may not have been paid in full by the Trustee due to the terms of the confirmed Chapter 13 Plan.

| Monthly Ongoing Mortgage Payment |
|---|
| Mortgage is Paid:     Direct by the Debtor(s) |

    <u>Within 21 days of the service of the Notice of Final Cure Payment,</u> the creditor <u>MUST</u> file with the U.S. Bankruptcy Court and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

    1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

    2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

    The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement, The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Dated: April 18, 2022

{16-27090 10-1}{NFC}MCCANTS


Do Not Write On

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:  
    JAMES L MCCANTS

Case No. 16-27090-BEH

Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, the Trustee's **NOTICE OF FINAL CURE PAYMENT** was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

    OFFICE OF THE U.S. TRUSTEE

    ESSERLAW LLC

The undersigned further certifies that this notice was mailed by United States Postal Service to the following non-ECF participants:

    U.S. BANK TRUST NATIONAL ASSOCIATION AS  
    TRUSTEE OF THE SCIG SERIES III TRUST  
    C/O BSI FINANCIAL SERVICES, PO BOX 517  
    TITUSVILLE, PA 16354-0517

    JAMES L MCCANTS  
    11126 W. MAPLE LANE  
    WAUWATOSA, WI 53225

Dated: April 18, 2022

    */s/ Janet Mierendorf*  
    Janet Mierendorf  
    Office of the Chapter 13 Trustee  
    Scott Lieske  
    P O Box 510920  
    Milwaukee, WI 53203  
    Phone: 414-271-3943  
    Fax: 414-271-9344  
    Email: info@chapter13milwaukee.com